Kathryn A. Stebner, State Bar No. 121088
Brian S. Umpierre, State Bar No. 236399
**STEBNER GERTLER & GUADAGNI**
A Professional Law Corporation
870 Market Street, Suite 1285
San Francisco, CA 94102
Tel: (415) 362-9800
Fax: (415) 362-9801
Email: kathryn@sggklaw.com
brian@sggklaw.com

Guy B. Wallace, State Bar No. 176151
Mark T. Johnson, State Bar No. 76904
Jennifer U. Bybee, State Bar No. 302212
**SCHNEIDER WALLACE COTTRELL KONECKY, LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Tel: (415) 421-7100
Fax: (415) 421-7105
Email: gwallace@schneiderwallace.com
mjohnson@schneiderwallace.com
jbybee@schneiderwallace.com

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATE DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joseph DeCarlo; on his own behalf, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Watermark Retirement Communities, LLC; and Does 1 - 100,<br><br>Defendants. | CASE NO. 2:23-cv-01659-DSF-RAO<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: March 10, 2025<br>Time: 1:30 p.m.<br>Ctrm.: 7D<br><br>Judge: Honorable Dale S. Fischer<br>Magistrate: Rozella A. Oliver |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE
2  TAKE NOTICE that, on March 10, 2025 at 1:30 p.m., or as soon thereafter as this
3  matter may be heard in Courtroom 7D before the Honorable Dale S. Fischer of the
4  above-entitled court, located at 350 West 1st Street, Los Angeles, California,
5  90012, Plaintiff will, and hereby does, move the Court for preliminary approval of
6  the parties' class settlement.

7  Plaintiff respectfully moves the Court for an Order (1) preliminarily
8  approving the Settlement Stipulation in this action pursuant to Federal Rule of Civil
9  Procedure 23(e); (2) preliminarily certifying a Settlement Class pursuant to Federal
10 Rules of Civil Procedure 23(a) and 23(b)(3); (3) approving Plaintiff's counsel to
11 serve as Settlement Class Counsel; (4) appointing the Named Plaintiff as Settlement
12 Class Representative; (5) approving the proposed forms of Class Notice (long and
13 summary form), approving the Class Notice program and directing that Class
14 Notice be disseminated pursuant to that program; and (6) setting a Fairness Hearing
15 and certain other dates in connection with the final approval of the Settlement.

16 The motion is based on this notice of motion and motion, the accompanying
17 memorandum of points and authorities and supporting Declarations, the [Proposed]
18 Order Preliminarily Approving Class Action Settlement, the pleadings on file in
19 this action, and such other matters that may be brought to the attention of the Court
20 before the hearing. This motion is made following the conference of counsel
21 pursuant to Local Rule 7-3, which began on February 6, 2025.

Dated: February 10, 2025            Respectfully submitted,

/s/ Brian S. Umpierre

Kathryn A. Stebner, State Bar No. 121088
Brian S. Umpierre, State Bar No. 236399
STEBNER GERTLER & GUADAGNI
870 Market Street, Suite 1285
San Francisco, CA 94102
Tel:  (415) 362-9800
Fax: (415) 362-9801

Email: kathryn@sgg-lawfirm.com
brian@sgg-lawfirm.com

Guy B. Wallace, State Bar No. 176151
Mark T. Johnson, State Bar No. 76904
Jennifer U. Bybee, State Bar No. 302212
SCHNEIDER WALLACE COTTRELL KONECKY, LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Tel: (415) 421-7100
Fax: (415) 421-7105
Email: gwallace@schneiderwallace.com
mjohnson@schneiderwallace.com
jybee@schneiderwallace.com

Attorneys for Plaintiff and the Proposed Settlement Class