Kathryn A. Stebner, State Bar No. 121088
Brian S. Umpierre, State Bar No. 236399
**STEBNER GERTLER & GUADAGNI**
A Professional Law Corporation
870 Market Street, Suite 1285
San Francisco, CA 94102
Tel: (415) 362-9800
Fax: (415) 362-9801
Email: kathryn@sggklaw.com
       brian@sggklaw.com

Guy B. Wallace, State Bar No. 176151
Jennifer U. Bybee, State Bar No. 302212
**SCHNEIDER WALLACE COTTRELL KONECKY, LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Tel: (415) 421-7100
Fax: (415) 421-7105
Email: gwallace@schneiderwallace.com
       jbybee@schneiderwallace.com

*Attorneys for Plaintiff and the Settlement Class*

# UNITED STATE DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joseph DeCarlo; on his own behalf, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Watermark Retirement Communities, LLC; and Does 1 - 100,<br><br>Defendants. | CASE NO. 2:23-cv-01659-DSF-RAO<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:  July 21, 2025<br>Time:  1:30 p.m.<br>Ctrm.: 7D<br><br>Judge: Honorable Dale S. Fischer<br>Magistrate: Rozella A. Oliver |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that, on July 21, 2025 at 1:30 p.m., or as soon thereafter as this matter may be heard in Courtroom 7D before the Honorable Dale S. Fischer of the above-entitled court, located at 350 West 1st Street, Los Angeles, California, 90012, Plaintiff will, and hereby does, move the Court for final approval of the parties' class settlement.

Plaintiff respectfully moves the Court for an Order granting final approval the Settlement Stipulation in this action pursuant to Federal Rule of Civil Procedure 23(e).

The motion is based on this notice of motion and motion, the accompanying memorandum of points and authorities and supporting Declarations, the pleadings on file in this action, and such other matters that may be brought to the attention of the Court before the hearing. This motion is made following the conference of counsel pursuant to Local Rule 7-3, which began on June 3, 2025.

Dated: June 16, 2025

        */s/ Brian S. Umpierre*
Kathryn A. Stebner, State Bar No. 121088
Brian S. Umpierre, State Bar No. 236399
STEBNER GERTLER & GUADAGNI
870 Market Street, Suite 1285
San Francisco, CA 94102
Tel:  (415) 362-9800
Fax:  (415) 362-9801
Email:  kathryn@sggklaw.com
        brian@stebnerassociates.com

Guy B. Wallace, State Bar No. 176151
SCHNEIDER WALLACE COTTRELL KONECKY, LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Tel:  (415) 421-7100
Fax:  (415) 421-7105
Email:  gwallace@schneiderwallace.com

Attorneys for Plaintiff and the Settlement Class

- 2 -
Case No. 2:23-cv-01659-DSF-RAO